In the Matter of the Application of RUGGLES WOODARD for the Correction of a Clerical Error Made in the Signing of a Petition Designating Him and Also JOHN CONFORTE as Candidates for Election to Party Position of Members of the Democratic County Committee of the County of Suffolk. RUGGLES WOODARD, Appellant; DAVID A. DAVIDOW and BOARD OF ELECTIONS OF SUFFOLK COUNTY, Respondents.— Order denying petitioner's motion to direct the board of elections of Suffolk county to place the names of Ruggles Woodard and John Conforte on the primary ballot as candidates for member of the Democratic committee in the first election district of the town of Brookhaven, Suffolk county, affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

MICHAEL V. CAMPBELL, Respondent, v. CURTIS H. MUNCIE and ADA HICKS MUNCIE, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

WILLIAM S. DOXSEY, Respondent, v. AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK, Appellant. ELSIE ARONSTEIN, Respondent, v. WILLIAM S. DOXSEY, Defendant, and AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. All the questions now raised were considered and determined on the main appeal. [See *ante*, p. 733.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

ECHO LAKE CORPORATION and NICOLA CRISTOFALO, Respondents, v. TOWN OF MOUNT PLEASANT and EDWARD G. REHFIELD and Others, Constituting the Board of Water Commissioners of Hardscrabble Water District in the Town of Mount Pleasant, New York, Appellants.— Motion for reargument denied. Leave was granted to the plaintiffs to amend their complaint if so advised. They are at liberty to set up any cause or causes of action they deem the facts warrant except that of specific performance; and are free to try the action on the theory that they have evolved. The comments of the court on the former appeals related to the records then submitted, without intent or purpose to limit the proof the plaintiffs might offer on a new trial on a new theory of the action. There may be more than one primary question or that one may be widened under the amended pleading. The court will lay down no rules of proof at this time. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

VIRGINIA E. FREEMAN, Also Known as VIRGINIA E. GARVIN, Respondent, v. GEORGE K. GARVIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.